**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CURTIS GIPSON                                                                                                       PLAINTIFF
ADC #161642

v.                                              NO: 5:16CV00211 JLH/PSH

MCCLUNG *et al*.                                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff Curtis Gipson's claims against defendants Wendy Kelley, Paula Cowell, Toni Bradley, the Arkansas Board of Correction, and Does are DISMISSED WITHOUT PREJUDICE.

DATED this 21st day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE