**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CURTIS GIPSON                                                                                                     PLAINTIFF
ADC #161642

V.                                            5:16CV00211 JLH/PSH

MCCLUNG *et al*                                                                                              DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

On January 30, 2017, plaintiff Curtis Gipson, an inmate at the Arkansas Department of Correction's Wrightsville Hawkins Unit for Males, filed a motion to voluntarily dismiss his complaint. Doc. No. 37.  For good cause shown, Gipson's motion should be granted to the extent that his complaint should be dismissed without prejudice.[1]  In light of Gipson's motion and this recommendation, defendants' motions for summary judgment should be denied as moot. Doc. Nos.

---

[1] Gipson's motion indicates he is seeking a with prejudice dismissal, but also indicates a desire to refile the complaint at a later date. Because the dismissal sought is voluntary, the dismissal should be without prejudice so that Gipson may refile the complaint.

1

27 & 33.

IT IS THEREFORE RECOMMENDED THAT:

1.     Plaintiff Curtis Gipson's motion to voluntarily dismiss his complaint be GRANTED to the extent that his complaint be DISMISSED WITHOUT PREJUDICE.  Doc. No. 37.

2.     Defendants' motions for summary judgment be DENIED AS MOOT.  Doc. Nos. 27 & 33.

3.     The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE