## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CURTIS GIPSON                                                                    PLAINTIFF
ADC #161642

V.                                          5:16CV00211 JLH

MCCLUNG *et al*                                                                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Curtis Gipson's motion to voluntarily dismiss his complaint is GRANTED to the extent that his complaint is DISMISSED WITHOUT PREJUDICE. Document #37.

2. Defendants' motions for summary judgment are DENIED AS MOOT. Documents #27 and #33.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE